UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-132-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CARLIN WOODS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Sealed Motion for Compassionate Release. (Doc. No. 43).

## ORDER

**IT IS, THEREFORE, ORDERED** that within ten days the Government shall file a response to defendant's motion.

Signed: July 13, 2020

Max O. Cogburn Jr
United States District Judge